UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE No. 00-6010 CR-FERGUSON
MAGISTRATE JUDGE

FILED by _____ D.C.

JAN 13 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

IN RE: GRAND JURY 98-02 FTL     )
_____ )

## MOTION TO SEAL

The United States of America, by and through the undersigned Assistant United States Attorney for the Southern District of Florida, hereby moves this Court for an order sealing the Indictment, Penalty Sheet, Certificate of Trial Attorney, Arrest Warrant, Bond Recommendation Sheet, this Motion to Seal, and Sealing Order (except for copies to be used by law enforcement personnel during execution of their official duties in the investigation), and to order said items to remain sealed in the custody of the Clerk of the Court until such time as the first defendant has been arrested. Sealing of the above-referenced documents is necessary because the defendants have not yet been arrested and are unaware of the case against them. If the defendants were to learn that they are named as defendants, they might flee the jurisdiction.

**WHEREFORE**, the United States respectfully requests that this Court order that the Indictment, Penalty Sheet, Certificate of Trial Attorney, Arrest Warrant, Bond Recommendation Sheet, Motion to Seal, and this Sealing Order (except for copies to be used by law enforcement personnel during execution of their official duties in the investigation) granting the same be **SEALED** until further order of this Court.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

Date: 1/10/00

By: _____
EDWARD R. RYAN
ASSISTANT UNITED STATES ATTORNEY
Court No. A500053
500 East Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33394
Tel. (954) 356-7255, ext. 3514
Fax. (954) 356-7336