UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6010 CR-FERGUSON

21 U.S.C. 846
21 U.S.C. 841 (a)(1)
18 U.S.C. 2

MAGISTRATE JUDGE
SNOW

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| VINCENT HUNTER and KENTORICE WILLIAMS | ) |
| Defendant. | ) |

FILED by _____ D.C.
JAN 13 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## INDICTMENT

The Grand Jury charges that:

### COUNT I

From on or about June 7, 1999, through on or about September 1, 1999, in Broward County, in the Southern District of Florida, the defendants,

**VINCENT HUNTER**
**and**
**KENTORICE WILLIAMS,**

did knowingly and intentionally combine, conspire, confederate, and agree with each other and with persons unknown to the Grand Jury, to possess with intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine base, commonly known as "crack" cocaine, in violation of Title 21, United States Code, Section 841 (a)(1).

All in violation of Title 21, United States Code, Section 846.

## COUNT II

On or about June 7, 1999, in Broward County, in the Southern District of Florida, the defendant,

**VINCENT HUNTER,**

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine base, commonly known as "crack" cocaine, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## COUNT III

On or about August 9, 1999, in Broward County, in the Southern District of Florida, the defendant,

**VINCENT HUNTER,**

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine base, commonly known as "crack" cocaine, in violation of Title 21, United States Code, Section 841 (a)(1), and Title 18, United States Code, Section 2.

## COUNT IV

On or about September 1, 1999, in Broward County, in the Southern District of Florida, the defendants,

**VINCENT HUNTER**
**and**
**KENTORICE WILLIAMS,**

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine base, commonly known as "crack" cocaine, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
EDWARD R. RYAN
ASSISTANT U.S. ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA        CASE NO. _____

v.

VINCENT HUNTER and              **CERTIFICATE OF TRIAL ATTORNEY***
KENTORICE WILLIAMS

**Superseding Case Information**:
New Defendant(s)        Yes ___   No ___
Number of New Defendants     ___
Total number of counts       ___

**Court Division**: (Select One)

___ Miami    ___ Key West
_X_ FTL      ___ WPB    ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No) _NO_
   List language and/or dialect   _English_

4. This case will take _2_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                        (Check only one)

   I    0 to 5 days       _X_       Petty     ___
   II   6 to 10 days      ___       Minor     ___
   III  11 to 20 days     ___       Misdem.   ___
   IV   21 to 60 days     ___       Felony    _X_
   V    61 days and over  ___

6. Has this case been previously filed in this District Court? (Yes or No) _No_
If yes:
Judge: _____   Case No. _____
(Attach copy of dispositive order)

Has a complaint been filed in this matter?(Yes or No) _No_
If yes:
Magistrate Case No. _____
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of _____
Defendant(s) in state custody as of _____
Rule 20 from the _____ District of _____

Is this a potential death penalty case? (Yes or No) _No_

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No  If yes, was it pending in the Central Region? ___ Yes ___ No

_____
EDWARD R. RYAN
ASSISTANT UNITED STATES ATTORNEY
Court Bar No. A5000053

*Penalty Sheet(s) attached                    REV.4/7/99

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# <u>PENALTY SHEET</u>

Defendant's Name: <u>VINCENT HUNTER</u>             No.:_____

Count # I:

<u>Conspiracy to possess with Intent to Distribute Crack Cocaine;</u>

<u>in violation of 21 USC 841 (a)(1)</u>

<u>*Max Penalty: 5 years' minimum mandatory imprisonment; 40 years' maximum;</u>

<u>$2 Million fine</u>


Count # II:

<u>Possession with Intent to Distribute Crack Cocaine;</u>

<u>in violation of 21 USC 841(a)(1) and 18 USC 2</u>

<u>*Max Penalty: 5 years' minimum mandatory imprisonment; 40 years' maximum;</u>

<u>$2 Million fine</u>


Count #:III

<u>Possession with Intent to Distribute Crack Cocaine;</u>

<u>in violation of 21 USC 841(a)(1) and 18 USC 2</u>

<u>*Max Penalty: 5 years' minimum mandatory imprisonment; 40 years' maximum;</u>

<u>$2 Million fine</u>

Count #:IV

<u>Possession with Intent to Distribute Crack Cocaine;</u>

<u>in violation of 21 USC 841(a)(1) and 18 USC 2</u>

<u>*Max Penalty: 5 years' minimum mandatory imprisonment; 40 years' maximum;</u>

<u>$2 Million fine</u>

Count # :

_____

_____

<u>*Max Penalty:</u>

**<u>*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.</u>**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name: KENTORICE WILLIAMS                    No.:_____

Count # I:
Conspiracy possession with Intent to Distribute Crack Cocaine; in violation of 21 USC 846

*Max Penalty: 5 years' minimum mandatory imprisonment; 40 years' maximum;
$2 Million fine

Count # IV:
Possession with Intent to Distribute Crack Cocaine;
in violation of 21 USC 841(a)(1) and 18 USC 2
*Max Penalty: 5 years' minimum mandatory imprisonment; 40 years' maximum;
$2 Million fine

Count #:

*Max Penalty:

Count #:

*Max Penalty:

Count # :

*Max Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96