AO 442 (Rev. 12/85) Warrant for Arrest   AUSA EDWARD RYAN   SPECIAL AGENT TODD PHILLIPS (305) 590-4451

# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

VINCENT HUNTER

## WARRANT FOR ARREST

CASE NUMBER 00-6010-CR-FERGUSON

MAGISTRATE JUDGE SNOW

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __VINCENT HUNTER__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense) Conspiracy to possess with Intent to Distribute Crack Cocaine, and Possession with Intent to Distribute Crack Cocaine,

in violation of Title __21;18__ United States Code, Section(s) __846; 841(a)(1) ; 2__

FILED JAN 13 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

__CLARENCE MADDOX__
Name of Issuing Officer

*(signed) Kenny Butler*
Signature of Issuing Officer

Bail fixed at $ __Pretrial Detention requested__

__COURT ADMINISTRATOR\CLERK OF THE COURT__
Title of Issuing Officer

__January 13, 2000 Fort Lauderdale, Florida__
Date and Location

*(signed) Lurana S. Snow*
by __Lurana S. Snow, Chief United States Magistrate Judge__
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |