UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs      Case No: 00-6010-CR-FERGUSON/-21-00

VINCENT HUNTER, etal    /

### ORDER

THIS CAUSE is before the Court for the initial appearance of the above-named defendant(s) on a SEALED Indictment.

UPON ORAL motion of the government in open court that the case be unsealed, it is hereby

ORDERED AND ADJUDGED that the Indictment be unsealed as to both defendants.

DONE AND ORDERED at Fort Lauderdale, Florida this 21st day of January, 2000.

_____
BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE