## COURT MINUTES

U.S. MAGISTRATE JUDGE BARRY S. SELTZER — FORT LAUDERDALE

"ABD ON"

| | | | |
|---|---|---|---|
| DEFT: | VINCENT HUNTER (J) | CASE NO: | 00-6010-CR-Ferguson |
| AUSA: | Ed Ryan  *present* | ATTNY: | |
| AGENT: | DEA | VIOL: | 21:846; 841(a)(1) |
| PROCEEDING: | I/A on Sealed Indictment | BOND REC: | PTD |

BOND HEARING HELD — yes/no    COUNSEL APPOINTED: CJA — Mike Smith

___ BOND SET @ ___

CO-SIGNATURES: ___

FILED BY ___ D.C.
JAN 21 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

Indictment unsealed
△ — advised of charges
△ — sworn for counsel

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | | | |
| PTD/BOND HEARING: | 1-26-00 | 2:00 pm | BSS ✓ |
| PRELIM/ARRAIGN or REMOVAL: | 1-26-00 | 2:00 pm | BSS ✓ |
| STATUS CONFERENCE: | | | |

DATE: 1-21-00    TIME: 11:00    TAPE # 00-005 pg # 2800-3381

7
8