COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Vincent Hunter (J)#                CASE NO: 00-6010-CR-Ferguson
AUSA: Ed Ryan  *present*                 ATTNY: (CJA) Mike Smith  Chris Grillo
AGENT:                                   VIOL:  *present will stand in*
PROCEEDING: Arraignment/PTD HEARING      BOND REC: 100,000-10%
BOND HEARING HELD — yes/no               COUNSEL APPOINTED:
___ BOND SET @  $100,000 PSB
CO-SIGNATURES: aunt 2 sisters cousin mother + grandmother
SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random drine testing by Pretrial Services. Treatment as deemed necessary. — *upon graduation must be in full time educational program or work*
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to: *Broward*
12) Halfway House
___ Electronic Monitoring

*reside at current address, no illegal drugs or alcohol*

PTD *request withdrawn*
*1 - sworn*

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

FILED BY ___ D.C.
JAN 30 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA FT. LAUD.

NEXT COURT APPEARANCE:    DATE:        TIME:        JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE:   2-10-00    11:00am    LSS
DATE: 1-28-00   TIME: 9:00AM 2:00pm   TAPE # 00-010   PG # 2
1489

14