

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO.   00-6010-CR-Ferguson

UNITED STATES OF AMERICA

vs

Vincent Hunter

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S Seltzer on   1-28-00   , where the Defendant was arraigned and plea of NOT GUILTY was entered.  Defendant and court-appointed/retained counsel of record will be noticed for trial by the District Court Judg assigned to this case.  The following information is current as of this date

DEFENDANT:   Address: SEE BOND

Telephone:

DEFENSE COUNSEL:   Name: Michael G. Smith

Address:

Telephone:

BOND SET/~~CONTINUED~~:   $ 100,000 PSB

Bond hearing held:  yes  X   no____   Bond hearing set for_____

Dated this   28   day of   January  , 20 00 .

CLARENCE MADDOX
COURT ADMINISTRATOR/ CLERK

By: _____
Deputy Clerk

Tape No. 00-010

cc: Clerk for Judge
    U. S. Attorney

