UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal #: 55198 ccc

UNITED STATES OF AMERICA,
Plaintiff

Case Number: 00-6010-CR-WDF

REPORT COMMENCING CRIMINAL ACTION

vs.

Vincent Hunter
Defendant

TO: Clerk's Office    MIAMI    (FT. LAUDERDALE)    W. PALM BEACH
U.S. District Court

FILED by ___ D.C.
FEB -2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 1/20/00  1:30  am (pm)

(2) Language Spoken: English

(3) Offense(s) Charged: 841 PWID

(4) U.S. Citizen [X] Yes [ ] No [ ] Unknown

(5) Date of Birth: 11/15/80

(6) Type of Charging Document:
[X] Indictment [ ] Complaint To be Filed/Already Filed
Case #

[ ] Bench Warrant for Failure to Appear
[ ] Probation Violation Warrant
[ ] Parole Violation Warrant

Originating District: Southern DIST FL

COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ] YES [ ] NO

Amount of Bond: $
Who set Bond:

(7) Remarks:

(8) Date: _____    (9) Arresting Officer: _____

(10) Agency: _____    (11) Phone: _____

(12) Comments:

23