UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6010-CR-FERGUSON

UNITED STATES OF AMERICA,      :

       Plaintiff,            :

v.                             :

VINCENT HUNTER, et al.,        :

       Defendants.           :



## STATUS REPORT

A status conference was held in this cause on February 10, 2000. At that conference, the parties informed the Court as follows:

1. Discovery has been provided and no motions are pending.

2. The case against defendant Williams may be resolved by way of a plea.

3. Counsel for defendant Hunter is involved in a federal trial in Miami that is expected to last for several weeks.

DATED at Fort Lauderdale, Florida, this 11th day of February, 2000.

                                  LURANA S. SNOW
                                  CHIEF UNITED STATES MAGISTRATE JUDGE

Copies to:
AUSA Ed Ryan (FTL)
Chris Grillo, Esq.
Michael Smith, Esq.