UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
CASE NO.: 00-6010-CR-FERGUSON / SNOW

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

VINCENT HUNTER,

     Defendant.

_____/



## DEFENDANT HUNTER'S NOTICE OF UNAVAILABILITY AND UNOPPOSED MOTION FOR CONTINUANCE OF TRIAL

Defendant, VINCENT HUNTER, through undersigned appointed counsel, without objection by the government, respectfully advises this Court of his unavailability and moves for a Continuance of the trial date herein, and in support thereof says:

1.    This case is presently set for trial during the Court's trial calendar commencing March 13, 2000, with a Calendar Call scheduled for March 6, 2000.

2.    On February 24, 2000, undersigned counsel received the government's response to the Standing Discovery Order. Counsel has yet to review the Discovery with the Defendant and determine what, if any, pretrial motions should be filed. This is the first trial setting of this case.

3.    Since January 10, 2000, undersigned counsel has been continuously in



trial in Miami, Florida, on a five day per week schedule in <u>United States v. Morris Johnson</u>, Case Number 98-6254-CR-SEITZ and <u>United States v. Malcolm Shaw, et al</u>, Case Number 99-125-CR-MOORE, ("The Boobie Boys Case"). Due top counsel's trial schedule, he has been unable to adequately prepare the defense in the present time constraints.

4.    A continuance herein in absolutely necessary in order to permit a proper investigation of the facts, to allow for adequate preparation of Defendant's meritorious defense and to insure his rights to due process of law and to effective assistance of counsel as guaranteed by the Fifth, Sixth and Fourteenth Amendments to the United States Constitution. Counsel submits that the interests of justice and fundamental fairness warrant Defendant receiving the relief herein sought.

5.    Pursuant to Local Rule, undersigned counsel has been advised by AUSA, Ed Ryan, that the government has no objection to the granting of this Motion.

6.    The Defendant is presently at liberty on bond and there can be no prejudice to either the defense or the government in the granting of the instant request.

WHEREFORE, based on the above and foregoing, the Defendant respectfully advises this Court of his unavailability to attend the Calendar Call and therefore requests excusal therefore, and further moves this Court to enter an Order continuing

the present trial date.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing was mailed this 1st day of Marc, 2000 to Ed Ryan, Esquire, Assistant U.S. Attorney, 500 East Broward Blvd., 7th Floor, Fort Lauderdale, Florida 33394; Christopher Grillo, Esquire, One East Broward Blvd., Suite 700, Fort Lauderdale, Florida 33301; and to Vincent Hunter, 845 Northwest 10th Terrace, #10, Fort Lauderdale, Florida 33311.

MICHAEL G. SMITH, ESQUIRE
Florida Bar No. 265802
633 S.E. Third Avenue, Suite 4-F
Ft. Lauderdale, FL 33301
(954) 764-0033