UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6010-CR-FERGUSON

UNITED STATES OF AMERICA,
  Plaintiff,

Vs.

VINCENT HUNTER
KENTORICE WILLIAMS,
  Defendants.
_____/



## ORDER

**PLEASE TAKE NOTICE** that this matter has been set for a **Change of Plea,** on **Thursday, June 1, 2000** at **9:00 a.m.**, before the Honorable Wilkie D. Ferguson, Jr., United States District Judge, Federal Courthouse, 299 East Broward Boulevard, Second Floor, Courtroom 207A, Fort Lauderdale, Florida.

**DONE AND ORDERED** at Fort Lauderdale, Florida this _25th_ day of May 2000.

_____
WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

cc:
Ed Ryan, AUSA
Michael Smith, Esq
Chris Grillo, Esq

