UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6010-CR-FERGUSON

UNITED STATES OF AMERICA,
                    Plaintiff,
vs.

VINCENT HUNTER,     (B)
                    Defendant.
_____

**MINUTES**
**CHANGE OF PLEA**

FILED by ___ D.C.
JUN 15 2000

On June 15, 2000, the above-named defendant appeared in person before the Honorable WILKIE D. FERGUSON, JR., United States District Judge, with counsel Michael Smith, Esq appointed by the Court/retained by the defendant, and said defendant stated in open court that **he** desired to withdraw the plea of not guilty heretofore entered and desired to enter a plea of guilty as to count(s) _one_ of the Indictment. After the defendant was duly sworn, the Court made inquiry as to guilt. The Court, being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the defendant guilty as charged.

Whereupon:

( )   The Court proceeded to pronounce sentence.

(X)   The Court postponed sentencing until **8/17/00 a**t 9:30 a.m.,

(X)   and the defendant was allowed to remain on present bond until then;

( )   and the defendant remanded to the custody of the U.S. Marshal until a $_____ bond is posted;

( )   and the defendant was remanded to the custody of the U.S. Marshal awaiting sentencing.


Judge <u>Wilkie D. Ferguson, JR.</u>
Reporter <u>Paul Haferling</u>
Clerk <u>Troy T. Walker</u>

