UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
CASE NO.: 00-6010-CR-FERGUSON / SNOW

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

VINCENT HUNTER,

    Defendant.

_____/

### DEFENDANT HUNTER'S MOTION TO MODIFY
### CONDITIONS OF BOND TO EXTEND CURFEW

Defendant, VINCENT HUNTER, through undersigned appointed counsel, respectfully files this Motion requesting the Court enter an Order Modifying the Conditions of Defendant's Bond to Extend his Curfew, and in support thereof says:

1.    As a special condition of Defendant's release on Bond, the Defendant is required t wear an electronic ankle monitor and to remain confined to his residence from 8:00 p.m. until 6:00 a.m.

2.    Due to the upcoming holiday (4th Of July), the Defendant respectfully requests that his curfew be extended so that he may enjoy the holiday with his family and friends.

3.    Pursuant to Local Rule, office of undersigned counsel has discussed this

FILED by _____ .C.
JUN 3 0 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.



matter with AUSA Ed Ryan who stated that the government objects to

any extension of the Defendant's curfew.

WHEREFORE, based on the above and foregoing, the Defendant respectfully

requests this Court enter an Order granting the relief herein sought.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing was mailed this

29th day of June, 2000 to Ed Ryan, Esquire, Assistant U.S. Attorney, 500 East

Broward Blvd., 7th Floor, Fort Lauderdale, Florida 33394 and to Darwin

Crenshaw, U.S. Probation, 299 East Broward Blvd., Fort Lauderdale, Florida

33301.

_____
MICHAEL G. SMITH, ESQUIRE
Florida Bar No. 265802
633 S.E. Third Avenue, Suite 4-F
Ft. Lauderdale, FL  33301
(954) 764-0033

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
CASE NO.: 00-6010-CR-FERGUSON / SNOW

UNITED STATES OF AMERICA,
Plaintiff,
vs.

VINCENT HUNTER,
Defendant.
_____/

## ORDER ON DEFENDANT HUNTER'S MOTION TO MODIFY
## CONDITIONS OF BOND TO EXTEND CURFEW

This cause having come before the Court upon Defendant, VINCENT HUNTER's, Motion to Modify Conditions of Bond to Extend Curfew, this Court having reviewed the file and being otherwise duly advised in the premises, it is hereupon,

ORDERED AND ADJUDGED that the motion be and the same is hereby **GRANTED**. The Defendant's curfew shall be extended to _____ p.m./a.m. on July 4, 2000. All other conditions of bond are to remain unchanged.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida on this _____ day of _____, 2000.

_____
WILKIE D. FERGUSON, JR.
cc:   AUSA, Ed Ryan, Esquire        U.S. DISTRICT COURT JUDGE
      Michael G. Smith, Esquire
      Darwin Crensahw, U.S. Probation

3