SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

AUG 18 2000

6010

CASE # CC-6010-MK-LLWF

DEFENDANT Vincent Hunter

JUDGE   WILKIE D. FERGUSON

Deputy Clerk   TROY T. WALKER

DATE August 17, 2000

Court Reporter   Paul Haferling

USPO

AUSA K. Rice per Ed Ryan

Deft's Counsel Michael Smith, esq

COUNTS DISMISSED____All Others
_____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

_____ Sentencing cont'd until __/__/__ at _____ AM / PM

Return to continue Hunter

**JUDGMENT AND SENTENCE**

| Imprisonment | Years | Months | Counts |
|---|---|---|---|
|  |  |  | (to be re-set) |

Supervised Release _____

| Probation | Years | Months | Counts |
|---|---|---|---|

Comments_____

Assessment $_____   Fine $_____

Restitution /Other _____

**CUSTODY**

_____ Remanded to the Custody of the U. S. Marshal Service    _____ Release on bond pending appeal

_____ Voluntary Surrender to (designated institution or U. S. Marshal Service) on __/__/__

Commitment Recommendation: _____