DEFT: Vincent Hunter (J)#  CASE NO: 00-6010-CR-Ferguson
AUSA: Ed Ryan /Rosenbaum.  ATTNY: Mike Smith present
AGENT: PTS: Dave Nuby  VIOL: Bond Violation
PROCEEDING: Initial Appearance on Bond Violation  BOND REC:
BOND HEARING HELD - yes/no  COUNSEL APPOINTED:
___ BOND SET @ _____
CO-SIGNATURES: _____
SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House _____
   ___ Electronic Monitoring _____

△ - advised of charges

Gov't withdrawing petition at this point due to technical problem w/ verbage of petition.

△ - Released.

NEXT COURT APPEARANCE: DATE: ___ TIME: ___ JUDGE: ___
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: 11-9-00 11:00 am Snow
STATUS CONFERENCE: _____

DATE: 10-23-00  TIME: 11:00am  Tape # 00-09/080
3487-3617
00-080
1-287