**United States District Court**
**for the**
**Southern District of Florida**

**United States of America**
v
**VINCENT HUNTER**

## WARRANT FOR ARREST
### Case Number: 00-6010-CR-FERGUSON

**To: The United States Marshal**
**and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest __Vincent Hunter__

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  **X** Pretrial Violation Petition

charging him or her with (brief description of offense)

The defendant has violated the conditions of bond in that on August 21, 2000 the defendant was arrested by Officers of the Ft. Lauderdale Police department and charged with disorderly conduct and Trespassing (Case # 00-20759MM10A). Bond was set at $2500.000, which the defendant posted. He is scheduled to be arraigned on October 5, 2000.

In addition, on September 29, 2000, the defendant was arrested again by Officers of the Ft. Lauderdale Police Department and charged with Possession of cocaine and obstruction with violence. Bond was set at $2500.00, which the defendant posted. A Court date is pending.

in violation of Title __18__ United States Code, Section(s) __3148__

David Nuby, Jr.
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $ __NO BAIL__

United States Pretrial Services Officer
Title of Issuing Officer

__Ft Lauderdale__
Date and Location

WILKIE D. FERGUSON, JR.,
by UNITED STATES DISTRICT JUDGE
Name of Judicial Officer

Signature of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at Ft. Lauderdale, FL |

| DATE RECEIVED 10/20/00 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone United States Marshal Southern District of Florida | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 10/20/00 | | Edward Purchase, SDUSM |