for

SOUTHERN DISTRICT OF FLORIDA

U.S.A. vs. Vincent Hunter                                Docket No: 00-6010-CR-Ferguson

### Amended Petition for Action on Conditions of Pretrial Release

COMES NOW David Nuby, Jr. SENIOR U.S. PRETRIAL SERVICE OFFICER presenting an official report upon the conduct of defendant Vincent Hunter, who was placed under pretrial release supervision by the Honorable Barry S. Seltzer sitting in court at Ft. Lauderdale, on the 26 day of January, 2000, under the following conditions:

- Surrender all travel documents to Pretrial;
- Submit to random urine testing and/or treatment as deemed necessary;
- Maintain or actively seek full-time gainful employment;
- Maintain or begin an educational program - Upon graduation must either go to school full-time or work;
- Avoid all contact with victims or witnesses to the crimes charged;
- Refrain from possessing a firearm, destructive device or other dangerous weapon;
- Reside at current address;
- No illegal drugs or excessive alcohol;
- Travel is restricted to Broward County;
- Report to Pretrial as directed;
- Daily curfew - 8:00pm to 6:00am (Modified to include electronic monitoring, May 31,2000);

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant has violated the conditions of bond in that on August 21,2000 the defendant violated the law, in that he committed the acts of trespassing and disorderly conduct. He was subsequently arrested by Officers of the Ft. Lauderdale Police department and charged with disorderly conduct and Trespassing (Case # 00-20759MM10A). Bond was set at $2500.00, which the defendant posted. On October 31,2000 the defendant was found not guilty as to both counts.

In addition, on September 29,2000, the defendant violated his bond conditions and the law when found by Ft. Lauderdale police Officers to be in possession of cocaine. The defendant also obstructed Officers with violence. He was subsequently arrested by Officers of the Ft.Lauderdale Police Department and charged with Possession of cocaine and obstruction with violence. Bond was set at $2500.00, which the defendant posted. He is scheduled to be arraigned in this matter on November 15,2000.

The Court issued a warrant in this matter, which was executed on October 20,2000. On October 23,2000, the defendant appeared before U.S. Magistrate Judge Barry S. Seltzer for a bond violation. The Government withdrew the petition to amend for amendment purposes. The defendant was released and continued on the previously set bond (See above).

Additional violations have occurred since his release on October 23,2000.The defendant has violated his curfew. According to the B.I. Monitoring Center on October 30,2000 the defendant failed to return home as required at 8:00 pm. He returned home at. He returned home at 9:55 pm. On October 31,2000, the defendant did not return home until November 1,2000 at 12:55 am.

PAGE TWO
VINCENT HUNTER
CASE # 00-6010-CR-FERGUSON

PRAYING THAT THE COURT WILL ORDER bond revoked and the defendant held without bond pending a hearing pursuant to 18 U.S.C. 3148.

ORDER OF COURT

Considered and ordered this 14TH day of NOVEMBER, 2000 and ordered filed and made a part of the records in the above case.

_____
Honorable WILKIE D. FERGUSON, JR.
   U.S. District Judge

Respectfully,

_____
David Nuby, Jr., Senior
U.S. Pretrial Services Officer

Place: Ft. Lauderdale, Florida

Date: November 9, 2000