## United States District Court
## for the
## Southern District of Florida

**United States of America**

**v**

**VINCENT HUNTER**

### WARRANT FOR ARREST
**Case Number: 00-6010-CR-FERGUSON**

**To: The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest __Vincent Hunter__

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  **X** Pretrial Violation Petition

charging him or her with (brief description of offense)

The defendant has violated the conditions of bond in that on August 21,2000
the defendant violated the law, in that he committed the acts of
trespassing and disorderly conduct. He was subsequently arrested by
Officers of the Ft. Lauderdale Police department and charged with
disorderly conduct and Trespassing (Case # 00-20759MM10A). Bond was set at
$2500.00, which the defendant posted. On October 31,2000 the defendant was
found not guilty as to both counts.

In addition, on September 29,2000, the defendant violated his bond
conditions and the law when found by Ft. Lauderdale police Officers to be
in possession of cocaine. The defendant also obstructed Officers with
violence. He was subsequently arrested by Officers of the Ft.Lauderdale
Police Department and charged with  Possession of cocaine and obstruction
with violence. Bond was set at $2500.00, which the defendant posted. He is
scheduled to be arraigned in this matter on November 15,2000.

The Court issued a warrant in this matter, which was executed on October
20,2000. On October 23,2000, the defendant appeared before U.S. Magistrate
Judge Barry S. Seltzer for  a bond violation. The Government withdrew the
petition  to amend for amendment purposes. The defendant was released and
continued on the previously set bond (See above).

Additional violations have occurred since his release on October
23,2000.The defendant has violated his curfew. According to the B.I.
Monitoring Center on October 30,2000 the defendant failed to return home as
required at 8:00 pm. He returned home at. He returned home at 9:55 pm. On
October 31,2000, the defendant did not return home until November 1,2000 at
12:55 am.

in violation of Title ___18___ United States Code, Section(s) ___3148___

David Nuby, Jr.
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $ NO BAIL

United States Pretrial Services Officer
Title of Issuing Officer

Ft Lauderdale
Date and Location

by Wilkie D. Ferguson, Jr.
Name of Judicial Officer

X _____
Signature of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |