UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
CASE NO.: 00-6010-CR-FERGUSON / SNOW

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

VINCENT HUNTER,

    Defendant.

_____/



### DEFENDANT HUNTER'S
### UNOPPOSED MOTION TO CONTINUE SENTENCING

The Defendant, VINCENT HUNTER, by and through undersigned court appointed counsel, and without objection by the government, respectfully moves this Court to continue the sentencing date presently set, and in support thereof says:

1. Sentencing in this cause is presently scheduled for December 21, 2000.

2. This Court may be aware, pursuant to the terms of the Plea Agreement, this Defendant has obligated himself to certain conditions under the agreement as a precedent to the government considering binding itself to any obligation of filing a motion pursuant to § 5K.1.

3. As part of the Plea Agreement entered in this case, the Defendant has agreed to and is currently available to cooperate with the government in this case, as well as other matters. The Defendant moves this Court to grant a continuance of the sentencing date so that he can continue his cooperation.

4. Additionally, the Defendant has filed a Petition for Writ of Error Coram Nobis (Motion to Vacate Guilty Plea & Sentence Pursuant To Rule 3.850) in state court seeking to vacate a prior guilty plea and conviction made unknowingly and without counsel, for which he was assessed one criminal history point in this case and, thus, at the present time, ineligible for Safety Valve application in his pending federal sentence.

5. To permit the Defendant to continue his cooperation and the possibility of earning a § 5K1.1 Motion by the government, as well as allowing time for the state court to "adjust" a sentencing factor in Federal Court so that he may qualify for Safety Valve and an additional two level reduction in his offense level, is imperative to the fair administration of justice in the instant case.

6. Undersigned counsel verily believes the state court matter will be

resolved within the next few months and that the defendant, through his continued cooperation, will be in a position to render substantial assistance and thus obligate the government to file for an appropriate reduction in his sentence.

7.  Pursuant to Local Rule, office of undersigned counsel has discussed this matter with AUSA Ed Ryan, who stated he has no objection other relief herein sought.

WHEREFORE, based on the above and foregoing, the Defendant, VINCENT HUNTER, respectfully moves this Court to enter its Order continuing the sentencing date for a minimum of 60 days.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing was mailed this 11th day of December, 2000 to Ed Ryan, Esquire, Assistant U.S. Attorney, 500 East Broward Blvd., 7th Floor, Fort Lauderdale, Florida 33394 and to Darwin Crenshaw, U.S. Probation, 299 East Broward Blvd., Fort Lauderdale, Florida 33301.

Michael G. Smith
FBN: 265802
633 Southeast Third Avenue
Suite 4-F
Fort Lauderdale, FL 33301
(954)764-0033