# COURT MINUTES

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

FILED DEC 13 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. FLA. FT. LAUD.

| | | | |
|---|---|---|---|
| DEFT: | VINCENT HUNTER (J) | CASE NO: | 00-6010-CR-FERGUSON |
| AUSA: | Nicholson | ATTY: | MICHAEL SMITH, ESQ. — not pres |
| AGENT: | PTS DAVID NUBY | VIOL: | BOND |
| PROCEEDING: | I/A ON VIOLATION | RECOMMENDED BOND: | NO bond |

BOND HEARING HELD - yes / no        COUNSEL APPOINTED: _____

BOND SET @: _____        To be cosigned by: _____

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

Advised of violation
Cnsl not present —
Bond was revoked
Cnsl to schedule
hrg if he wishes
bond to be
reinstated (before
Judge Seltzer)

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN, OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

DATE: 12/13/00    TIME: 11:00    FTL/LSS TAPE # 00 - 066    Begin: 135    End: 242

53