UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 55158-004

UNITED STATES OF AMERICA )
Plaintiff ) Case Number: CR 00-6010-CR-WDF
) REPORT COMMENCING CRIMINAL
-vs- ) ACTION
)
VINCENT HUNTER )
Defendant

FILED by DEC 13 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

TO: Clerk's Office    MIAMI    (FT. LAUDERDALE)    W. PALM BEACH
    U.S. District Court        (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE

All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1) Date and Time of Arrest: 12-12-00    am/pm

(2) Language Spoken: ENGLISH

(3) Offense(s) Charged: BOND VIOLATION

(4) U.S. Citizen [X] Yes  [ ] No  [ ] Unknown

(5) Date of Birth: 11-15-80

(6) Type of Charging Document: (check one)
    [ ] Indictment  [ ] Complaint  To be filed/Already filed
    Case # _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: SD/FL

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ] YES  [ ] NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date: _____  (9) Arresting Officer: GLOETZNER / MEEHAN

(10) Agency: USMS    (11) Phone: _____

(12) Comments: _____