**United States District Court
for the
Southern District of Florida**

**United States of America
v
VINCENT HUNTER**

**WARRANT FOR ARREST
Case Number: 00-6010-CR-FERGUSON**

**To: The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest __Vincent Hunter__

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  **X** Pretrial Violation Petition

charging him or her with (brief description of offense)

The defendant has violated the conditions of bond in that on August 21,2000 the defendant violated the law, in that he committed the acts of trespassing and disorderly conduct. He was subsequently arrested by Officers of the Ft. Lauderdale Police department and charged with disorderly conduct and Trespassing (Case # 00-20759MM10A). Bond was set at $2500.00, which the defendant posted. On October 31,2000 the defendant was found not guilty as to both counts.

In addition, on September 29,2000, the defendant violated his bond conditions and the law when found by Ft. Lauderdale police Officers to be in possession of cocaine. The defendant also obstructed Officers with violence. He was subsequently arrested by Officers of the Ft.Lauderdale Police Department and charged with Possession of cocaine and obstruction with violence. Bond was set at $2500.00, which the defendant posted. He is scheduled to be arraigned in this matter on November 15,2000.

The Court issued a warrant in this matter, which was executed on October 20,2000. On October 23,2000, the defendant appeared before U.S. Magistrate Judge Barry S. Seltzer for a bond violation. The Government withdrew the petition to amend for amendment purposes. The defendant was released and continued on the previously set bond (See above).

Additional violations have occurred since his release on October 23,2000.The defendant has violated his curfew. According to the B.I. Monitoring Center on October 30,2000 the defendant failed to return home as required at 8:00 pm. He returned home at. He returned home at 9:55 pm. On October 31,2000, the defendant did not return home until November 1,2000 at 12:55 am.

in violation of Title ___18_____ United States Code, Section(s) ___3148_____

David Nuby, Jr.
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $ NO BAIL

United States Pretrial Services Officer
Title of Issuing Officer

Ft Lauderdale
Date and Location

by Wilkie D. Ferguson, Jr.
Name of Judicial Officer

Signature of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at Ft. Lauderdale, FL | | |
| DATE RECEIVED 12/6/00 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone United States Marshal Southern District of Floirda | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 12/12/00 | | Edward Purchase, SDUSM |