UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6010-CR-FERGUSON

UNITED STATES OF AMERICA,
Plaintiff,

Vs.

VINCENT HUNTER and
KENTORICE WILLIAMS,
Defendants.
_____/

FILED by ___ D.C.

JAN 8 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER

**PLEASE TAKE NOTICE** that this matter has been set for **SENTENCING,** on

**Tuesday, January 16, 2001** at **10:00 a.m.**, before the Honorable Wilkie D. Ferguson, Jr.,

United States District Judge, Federal Courthouse, 299 East Broward Boulevard, Second Floor,

Courtroom 207A, Fort Lauderdale, Florida.

**DONE AND ORDERED** at Fort Lauderdale, Florida this ___8th___ day of January

2001.

_____
WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

cc:
Ed Ryan, AUSA
Michael Smith, Esq
Chris Grillo, Esq
U.S. Probation

