SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by ___ V ___ D.C.

JAN 16 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE # 00 - 6 _____

DEFENDANT _Vincent Hunter_        JUDGE ___ WILKIE D. FERGUSON

Deputy Clerk ___ TROY T. WALKER ___        DATE _January 16, 2001_

Court Reporter ___ Paul Haferling ___        USPO _____

AUSA _Ed Ryan_ .        Deft's Counsel _Michael Smith Esq._

COUNTS DISMISSED ___ All Others ___
_____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

_____ Sentencing cont'd until ___ / / ___ at _____ AM / PM

_Right to Appeal_

JUDGMENT AND SENTENCE
Imprisonment        Years        Months _12_        Counts _One_

Supervised Release _1 YR_ (See p. 9C for details)

Probation        Years        Months        Counts

Comments_____
_____
_____

Assessment $ _100-00_        Fine $ _None_

Restitution /Other _____
                            CUSTODY
L_____ Remanded to the Custody of the U. S. Marshal Service _____ Release on bond pending appeal

_____ Voluntary Surrender to (designated institution or U. S. Marshal Service) on ___ / / ___

Commitment Recommendation: _Drug Treatment Program and that_
_the defendant be incarcerated in the State of_
_Florida._

60