**DEFENDANT DECLARED INDIGENT**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
CASE NO.: 00-6010-CR-FERGUSON / SNOW

UNITED STATES OF AMERICA,
    Plaintiff,
vs.

VINCENT HUNTER,
    Defendant.
_____/

### NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that VINCENT HUNTER, Defendant above-named, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the sentence entered in this cause on this _16th_ day of January, 2001.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished by U.S. Mail to Ed Ryan, Esquire, Assistant U.S. Attorney, 500 East Broward Blvd., 7th Floor, Fort Lauderdale, Florida 33394 and to Vincent Hunter, Vincent Hunter, Inmate No.: 55158-004, FDC - Miami, 33 Northeast Fourth Street, Miami, Florida 33101 on this _24th_ day of January, 2001.

Michael G. Smith
FBN: 265802
633 Southeast Third Avenue
Suite 4-F
Fort Lauderdale, FL 33301
(954)764-0033