FILED BY _____ D.C.

2001 MAR 28 AM 11:35

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA-FTL

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,       )
                                )
          Plaintiff,            )
                                )
vs.                             )
                                )
VINCENT HUNTER and              )   CASE NUMBER:
KENTORICE WILLIAMS,             )   00-6110-CR-WDF
                                )
          Defendants.           )
                                )

Transcript of change of plea proceedings before the Honorable Wilkie D. Ferguson, Jr., United States District Judge, at Fort Lauderdale, Florida, on the 15th day of June, 2000.

APPEARANCES OF COUNSEL:

| | |
|---|---|
| For the United States: | EDWARD RYAN, AUSA<br>Fort Lauderdale, Florida |
| For the Defendant Hunter: | MICHAEL SMITH, ESQ.<br>Fort Lauderdale, Florida |
| For Defendant Williams: | CHRISTOPHER GRILLO, ESQ.<br>Fort Lauderdale, Florida |
| Court Reporter: | Jerald J. Reeves, RPR |

Proceedings recorded by mechanical stenography.

Transcription produced by computer.

OFFICIAL REPORTER UNITED STATES DISTRICT COURT

# TRANSCRIPT NOT SCANNED

**PLEASE REFER TO COURT FILE**