1

FILED by ____ D.C.
CT. REP.

APR - 2 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

```
UNITED STATES OF AMERICA,   )
                            )
         Plaintiff,         )   Case No. 00-6010-Cr-WDF
                            )
vs.                         )   Fort Lauderdale, Florida
                            )   January 16, 2001
VINCENT HUNTER,             )
KENTORICE WILLIAMS,         )
                            )
         Defendants.        )
_____)
```

TRANSCRIPT OF SENTENCING
BEFORE THE HONORABLE WILKIE D. FERGUSON, JR.

APPEARANCES:

FOR THE GOVERNMENT:           ED RYAN, AUSA

FOR THE DEFENDANT HUNTER:     MICHAEL SMITH, ESQ.
FOR THE DEFENDANT WILLIAMS:   CHRIS GRILLO, ESQ.

# NOT

# SCANNED

**PLEASE REFER TO COURT FILE**