**CJA 24 (REV. 7/95) AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT**

VOUCHER NO. FLST2001860
PAID BY MKC 4/03/01

| 1. JURISDICTION | | | 2. MAG. JUDGE DOCKET NO. |
|---|---|---|---|
| 1 ☐ MAG. JUDGE | 2 ☐ DISTRICT | | |
| 3 ☐ APPEALS | 4 ☐ OTHER | | |

3. DISTRICT DOCKETING NO.: 00-6010-CR-WDF
4. APPEALS DOCKET NO.:
5. FOR (DISTRICT/CIRCUIT): SD/FL/FTL
ACCTG. CLASS. NOS.

6. IN THE CASE OF: USA vs. Vincent Hunter
7. PERSON REPRESENTED: Vincent Hunter
8. LOCATION/ORGANIZATION CODE:
DATE PAID: 4/3/01

9. PROCEEDINGS IN WHICH TRANSCRIPT IS TO BE USED: Appeal

10. PROCEEDINGS TO BE TRANSCRIBED:
Sentencing 1-16-01 (Ferguson) Plea Reeves 6-15-00 (Ferguson)

11. ATTORNEY'S STATEMENT
Signature of Attorney — Date 1/3/01
Printed Name: Michael G. Smith
Phone: 9547640033
3 ☑ PANEL ATTORNEY

12. COURT ORDER
Signature of Presiding Judicial Officer
Date 3/28/01

FILED by M D.C.
APR - 5 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIAMI

13. SPECIAL AUTHORIZATIONS
A. Apportion ___ % of transcript with ___
B. ☐ Expedited ☐ Daily ☐ Hourly Transcript
C. ☐ Prosecution Opening Statement ☐ Prosecution Argument ☐ Prosecution Rebuttal
   ☐ Defense Opening Statement ☐ Defense Argument ☐ Voir Dire ☐ Jury Instructions
D. ☐ In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under Criminal Justice Act.

**CLAIM FOR SERVICES**

15. COURT REPORTER/TRANSCRIBER STATUS: ☐ Official ☐ Contract ☐ Transcriber ☐ Other
16. FULL NAME OF PAYEE: Jerald Reeves
18. PAYEE'S ADDRESS: 299 E. Broward Blvd - 205-F, Ft. Lauderdale, FL 33301
17. SSN/EIN: 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
19. TELEPHONE: (954) 769-5548

| 20. TRANSCRIPT | INCLUDE PG. NOS. | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | DED. AMT. APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| A. Original | 1-30 | 30 | $3.00 | $90.00 | $ | $90.00 |
| B. Copy | | | $ | $ | $ | $ |
| C. Expenses (Itemize): Plea - DE#70 filed 3/28/01 | | | | | | $ |

21. CLAIMANT'S CERTIFICATION — Signature 3/27/01
22. CERTIFICATION OF ATTORNEY OR CLERK — Myrna McKinney 3/29/01
23. TOTAL CLAIMED: $90.00

24. APPROVED FOR PAYMENT — Signature of Presiding Judicial Officer — 03/28/01
25. AMT. APPROVED: $90.00

ORIGINAL-TO BE MAILED TO ADMINISTRATIVE OFFICE AFTER DISBURSEMENT