**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
299 East Broward Boulevard
Fort Lauderdale, FL 33301
954-769-5400

**CLARENCE MADDOX**
Court Administrator/Clerk of Court

```
CLERK, U.S. COURT OF APPEALS        Date: April 23, 2001
Eleventh Judicial Circuit           USDC # 00-6010-CR-WDF
56 Forsyth Street                   USCA # 01-10496-I
Atlanta, Georgia   30303            USCA # 01-10495-I
```

IN RE: **USA v. Hunter & Williams**

====================================================================

### Certificate of Readiness of Record On Appeal

Pursuant to Fed.R.App.P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcripts or parts thereof designated for inclusion and all necessary exhibits) consists of:

       _1_ Volume of Pleadings
       _2_ Volumes of Transcripts

   _X_ Exhibits:

       _2_ PSI's (sealed)


Sincerely,

Clarence Maddox, Court Administrator/Clerk

By: _____
                  Deputy Clerk

Please Acknowledge Receipt of Certificate of Readiness.
_____
    Signature

---

*The Mission of the Clerk's Office for the Southern District of Florida is to be the mechanism for the judges, the bar, litigants, and the public, to resolve disputes in a just and efficient manner.*

77

```
                                              LSS    CLOSED
                                              APPEAL
              U.S. District Court
      Southern District of Florida (FtLauderdale)

      CRIMINAL DOCKET FOR CASE #: 00-CR-6010-ALL

USA v. Hunter, et al                              Filed: 01/13/00
Dkt# in other court: None

Case Assigned to:  Judge Wilkie D. Ferguson, Jr.

VINCENT HUNTER (1) , DOB:         Michael Gary Smith
11/15/80  Prisoner #55158-004      [term  01/24/01]
    defendant                     FTS 764-2590
 [term  01/24/01]                  [COR LD NTC cja]
                                  Michael Gary Smith
                                  Trial Lawyers Building
                                  633 SE 3rd Avenue
                                  Suite 4-F
                                  Fort Lauderdale, FL 33301
                                  954-764-0033

                                  Michael Sheldon Smith
                                   [term  01/24/01]
                                  [COR LD NTC cja]
                                  Haliczer Pettis & White
                                  101 NE 3rd Avenue
                                  6th Floor
                                  Fort Lauderdale, FL 33301
                                  954-523-9922


Pending Counts:                         Disposition

21:846=ND.F CONSPIRACY TO         63 months imprisonment, 4 years
POSSESS WITH INTENT TO            supervised release and $100
DISTRIBUTE  CRACK COCAINE         special assessment
(1)                               (1)


Offense Level (opening): 4


Terminated Counts:                      Disposition

21:841A=ND.F POSSESS WITH         Counts dismissed
INTENT TO DISTRIBUTE CRACK        (2 - 3)
COCAINE
(2 - 3)

21:841A=ND.F POSSESS WITH         Counts dismissed
INTENT TO DISTRIBUTE CRACK        (4)
COCAINE

Docket as of April 20, 2001 11:47 am              Page 1
```

```
Proceedings include all events.                              LSS
0:00cr6010-ALL USA v. Hunter, et al                  CLOSED APPEAL
(4)


Offense Level (disposition): 4



Complaints:

    NONE


========================
Case Assigned to:  Judge Wilkie D. Ferguson, Jr.
KENTORICE WILLIAMS (2)            Christopher Alan Grillo
    defendant                         [term  01/25/01]
  [term  01/25/01]                FTS 463-8700
                                  [COR LD NTC cja]
                                  Christopher Grillo
                                  1 East Broward Boulevard
                                  Suite 700
                                  Fort Lauderdale, FL 33301
                                  954-524-1125


Pending Counts:                         Disposition

21:846=ND.F CONSPIRACY TO         Imprisonment 60 months;
POSSESS WITH INTENT TO            Supervised Release 48 months;
DISTRIBUTE  CRACK COCAINE         Assessment $100.00
(1)                               (1)


Offense Level (opening): 4


Terminated Counts:                      Disposition

21:841A=ND.F POSSESS WITH         Dismissed
INTENT TO DISTRIBUTE CRACK        (4)
COCAINE
(4)
```



```
Offense Level (disposition): 4



Complaints:

Docket as of April 20, 2001 11:47 am             Page 2
```

cr-06010-DMM    Document 77    Entered on FLSD Docket 04/20/2001    P

```
Proceedings include all events.                          LSS
0:00cr6010-ALL USA v. Hunter, et al              CLOSED APPEAL

     NONE
```

```
Proceedings include all events.                          LSS
0:00cr6010-ALL USA v. Hunter, et al              CLOSED APPEAL

VINCENT HUNTER, DOB: 11/15/80 Prisoner #55158-004

        defendant

========================

KENTORICE WILLIAMS

        defendant

========================

USA

        plaintiff

U. S. Attorneys:

 Edward R. Ryan
 FTS 356-7228
 954-356-7255
 [COR LD NTC]
 United States Attorney's Office
 500 E Broward Boulevard
 7th Floor
 Fort Lauderdale, FL 33394-3002
 954-356-7392

 PTS Officer
 FTS 769-5669
 954-769-5600
 [COR LD NTC]
 Pretrial Services Office
 299 E Broward Boulevard
 Suite 301
 Fort Lauderdale, FL 33301
 954-769-5600

 Probation Officer
 FTS 769-5566
 954-769-5500
 [COR LD NTC]
 United States Probation Office
 299 E Broward Boulevard
 Room 409
 Fort Lauderdale, FL 33301-1865
 954-769-5500
```

```
Proceedings include all events.                                    LSS
0:00cr6010-ALL USA v. Hunter, et al                          CLOSED APPEAL

1/13/00  1       MOTION by USA  as to Vincent Hunter, Kentorice Williams to
                 seal indictment and warrants until the arrest of the
                 defendant (pb) [Entry date 01/18/00]

1/13/00  2       ORDER as to Vincent Hunter, Kentorice Williams  granting
                 [1-1] motion to seal indictment and warrants until the
                 arrest of the defendant as to Vincent Hunter (1), Kentorice
                 Williams (2) ( Signed by Ch. Magistrate Judge Lurana S.
                 Snow on 1/13/00) CCAP [EOD Date: 1/18/00] CCAP  (pb)
                 [Entry date 01/18/00]
```

*Beg. vol. 1* (handwritten)

```
1/13/00  3       SEALED INDICTMENT as to  Vincent Hunter (1) count(s) 1,
                 2-3, 4, Kentorice Williams (2) count(s) 1, 4 (Criminal
                 Category 1) (pb) [Entry date 01/18/00]

1/13/00  4       ARREST WARRANT issued as to Vincent Hunter .    Warrant
                 issued by Ch. Magistrate Judge Lurana S. Snow Pretrial
                 Detention Requested (pb) [Entry date 01/18/00]

1/13/00  5       ARREST WARRANT issued as to Kentorice Williams .   Warrant
                 issued by Ch. Magistrate Judge Lurana S. Snow Pretrial
                 Detention Requested (pb) [Entry date 01/18/00]

1/13/00  --      Magistrate identification:  Magistrate Judge Lurana S. Snow
                 (pb) [Entry date 01/18/00]

1/21/00  6       ORDER as to Vincent Hunter, Kentorice Williams to Unseal
                 Case Signed by Magistrate Barry S. Seltzer on 1/21/00)
                 CCAP [EOD Date: 1/24/00] CCAP  (dp) [Entry date 01/24/00]

1/21/00  --      Indictment unsealed as to Vincent Hunter, Kentorice
                 Williams (dp) [Entry date 01/24/00]

1/21/00  7       Minute of initial appearance held on 1/21/00  before
                 Magistrate Barry S. Seltzer  as to Kentorice Williams ;
                 Court Reporter Name or Tape #: 00-005-2800 (dp)
                 [Entry date 01/24/00]

1/21/00  8       Minute of initial appearance held on 1/21/00  before
                 Magistrate Barry S. Seltzer  as to Vincent Hunter ;  Court
                 Reporter Name or Tape #: 00-005-2800 (dp)
                 [Entry date 01/24/00]

1/21/00  9       ORDER on Initial Appearance as to Vincent Hunter Bond set
                 to for Vincent Hunter.  Michael Smith CJA appointment.
                 Arraignment set for 2:00 1/26/00 for Vincent Hunter ;
                 Detention hearing set for 2:00 1/26/00 for Vincent Hunter ;
                  before Magistrate Barry S. Seltzer, ,  ( Signed by
                 Magistrate Barry S. Seltzer  on 1/21/00) CCAP (dp)
                 [Entry date 01/24/00]
```

```
Proceedings include all events.                              LSS
0:00cr6010-ALL USA v. Hunter, et al              vd.1 Cont.  CLOSED APPEAL

1/21/00  (10)   ORDER on Initial Appearance as to Kentorice Williams Bond
                set to PTD requested for Kentorice Williams., for
                appointment of Chris Grillo as counsel  Arraignment set
                for 2:00 1/26/00 for Kentorice Williams ; Detention hearing
                set for 2:00 1/26/00 for Kentorice Williams ;   before
                Magistrate Barry S. Seltzer, , ( Signed by Magistrate
                Barry S. Seltzer on 1/21/00) CCAP (dp)
                [Entry date 01/24/00]

1/21/00  (11)   CJA 20 as to Vincent Hunter : Appointment of Attorney
                Michael Gary Smith ( Signed by Magistrate Barry S. Seltzer
                on 1/21/00) (dp) [Entry date 01/25/00]

1/21/00   --    ARREST of Vincent Hunter, Kentorice Williams (dp)
                [Entry date 01/27/00]

1/26/00  (12)    ARREST WARRANT Returned Executed as to Vincent Hunter on
                1/21/00 (dp) [Entry date 01/27/00]

1/26/00  (13)    ARREST WARRANT Returned Executed as to Kentorice Williams
                on 1/21/00 (dp) [Entry date 01/27/00]

1/28/00  (14)   Minute of arraignment/PTD hearing held on 1/28/00  before
                Magistrate Barry S. Seltzer  as to Vincent Hunter ;  Court
                Reporter Name or Tape #: 00-10-1489 (dp)
                [Entry date 01/31/00]

1/28/00  (15)   Minute of arraignment/PTD hearing held on 1/28/00  before
                Magistrate Barry S. Seltzer  as to Kentorice Williams ;
                Court Reporter Name or Tape #: 00-10-1489 (dp)
                [Entry date 01/31/00]

1/28/00  (16)   ARRAIGNMENT INFORMATION SHEET for Kentorice Williams (2)
                count(s) 1, 4   NOT GUILTY PLEA ENTERED as to all counts.
                Court accepts plea. (dp) [Entry date 01/31/00]

1/28/00  (17)   ARRAIGNMENT INFORMATION SHEET for Vincent Hunter (1)
                count(s) 1, 2-3, 4   NOT GUILTY PLEA ENTERED as to all
                counts. Court accepts plea. (dp) [Entry date 01/31/00]

1/28/00  (18)   ORDER SETTING STATUS CONFERENCE as to Vincent Hunter,
                Kentorice Williams   Status conference set for 11:00
                2/10/00 for Vincent Hunter, for Kentorice Williams   before
                Ch. Magistrate Judge Lurana S. Snow ( Signed by Magistrate
                Barry S. Seltzer on 1/28/00) CCAP [EOD Date: 1/31/00]  CCAP
                (dp) [Entry date 01/31/00]

1/28/00  (19)   STANDING DISCOVERY ORDER as to Vincent Hunter, Kentorice
                Williams    all motions concerning matters not covered by
                this order must be filed within 28 days of this order (
                Signed by Magistrate Barry S. Seltzer on 1/28/00) CCAP (dp)
                [Entry date 01/31/00]
```

cr-06010-DMM  Document 77  Entered on FLSD Docket 04/20/2001  P

Proceedings include all events.                                    LSS
0:00cr6010-ALL USA v. Hunter, et al                          CLOSED APPEAL

| Date | # | Entry |
|---|---|---|
| 1/28/00 | 20 | APPEARANCE BOND entered by Kentorice Williams in Amount $ 100,000 PSB Approved by Magistrate Barry S. Seltzer . Surrender passports/travel documents; Report to PTS as follows: Random urine testing; Full-time employment; Educational program; Avoid victims/witnesses; No firearms/weapons; Curfew from: Do not dispose real/personal property Additional conditions: reside at Dismis house (dp) [Entry date 01/31/00] |
| 1/28/00 | 21 | APPEARANCE BOND entered by Vincent Hunter in Amount $ 100,000 PSB Approved by Magistrate Barry S. Seltzer . Surrender passports/travel documents; Report to PTS as follows: Random urine testing; Full-time employment; Educational program; Avoid victims/witnesses; No firearms/weapons; Curfew from: 8pm-6am Do not dispose real/personal property Additional conditions: reside at current address, no illegal drugs (dp) [Entry date 01/31/00] |
| 2/1/00 | 22 | NOTICE of Appearance for Kentorice Williams by Attorney Christopher Grillo (dp) [Entry date 02/04/00] |
| 2/2/00 | 23 | REPORT Commencing Criminal Action as to Vincent Hunter DOB: 11/15/80 Prisoner # 55158-004 (dp) [Entry date 02/04/00] |
| 2/4/00 | 24 | SCHEDULING ORDER as to Vincent Hunter, Kentorice Williams setting Calendar Call for 3:15 3/6/00 for Vincent Hunter, for Kentorice Williams ; Jury Trial for 3/13/00 for Vincent Hunter, for Kentorice Williams ; before Judge Wilkie D. Ferguson Jr. ( Signed by Judge Wilkie D. Ferguson Jr. on 2/4/00) CCAP [EOD Date: 2/8/00] CCAP (dp) [Entry date 02/08/00] |
| 2/10/00 | 25 | Minute of status conference held on status conference before Ch. Magistrate Judge Lurana S. Snow as to Kentorice Williams ; Court Reporter Name or Tape #: 00-009/1764 (dp) [Entry date 02/14/00] |
| 2/10/00 | -- | Status conference as to Kentorice Williams held (dp) [Entry date 02/14/00] |
| 2/11/00 | 26 | STATUS REPORT ORDER as to Vincent Hunter, Kentorice Williams . ( Signed by Ch. Magistrate Judge Lurana S. Snow on 2/11/00) CCAP [EOD Date: 2/15/00] CCAP (dp) [Entry date 02/15/00] |
| 2/23/00 | 27 | RESPONSE to Standing Discovery Order by USA as to Vincent Hunter, Kentorice Williams (dp) [Entry date 02/24/00] |
| 3/1/00 | 28 | MOTION by Kentorice Williams to continue trial, and to extend time to file pretrial motions (dp) [Entry date 03/02/00] |

Proceedings include all events.                                    LSS
0:00cr6010-ALL USA v. Hunter, et al                         CLOSED APPEAL

                                                    vol. 1 cont.

3/1/00   29    NOTICE OF UNAVAILABILITY AND MOTION by Vincent Hunter to
               continue trial (dp) [Entry date 03/02/00]

3/3/00   30    FIRST SUPPLEMENTAL RESPONSE to Standing Discovery Order by
               USA as to Vincent Hunter, Kentorice Williams (dp)
               [Entry date 03/06/00]

3/10/00  31    ORDER as to Vincent Hunter, Kentorice Williams  granting
               [29-1] motion to continue trial as to Vincent Hunter (1),
               granting [28-1] motion to continue trial as to Kentorice
               Williams (2) to Continue in Interest of Justice,  resedt
               calendar call for 3:15 4/3/00 for Vincent Hunter, for
               Kentorice Williams   before Judge Wilkie D. Ferguson Jr.,
               reset Jury trial for 4/10/00 for Vincent Hunter, for
               Kentorice Williams   before Judge Wilkie D. Ferguson Jr. (
               Signed by Judge Wilkie D. Ferguson Jr. on 3/10/00) CCAP
               [EOD Date: 3/13/00] CCAP  (dp) [Entry date 03/13/00]

5/26/00  32    ORDER as to Vincent Hunter, Kentorice Williams  set Change
               of Plea Hearing for 9:00 6/1/00 for Vincent Hunter, for
               Kentorice Williams   before Judge Wilkie D. Ferguson Jr. (
               Signed by Judge Wilkie D. Ferguson Jr. on 5/25/00) CCAP
               [EOD Date: 5/30/00] CCAP  (dp) [Entry date 05/30/00]

6/15/00  33    Minutes of change of plea held on 6/15/00  before Judge
               Wilkie D. Ferguson Jr. as to Vincent Hunter ; GUILTY:
               Vincent Hunter (1) count(s) 1  Court Reporter Name or Tape
               #: Paul Haferling (dp) [Entry date 06/16/00]

6/15/00  34    Plea Agreement as to Vincent Hunter (dp)
               [Entry date 06/16/00]

6/15/00  35    NOTICE of Hearing as to Vincent Hunter :  setting
               Sentencing for 9:30 8/17/00 for Vincent Hunter   before
               Judge Wilkie D. Ferguson Jr. (dp) [Entry date 06/16/00]

6/15/00  36    Minutes of change of plea held on 6/15/00  before Judge
               Wilkie D. Ferguson Jr. as to Kentorice Williams ; GUILTY:
               Kentorice Williams (2) count(s) 1  Court Reporter Name or
               Tape #: Paul Haferling (dp) [Entry date 06/16/00]

6/15/00  37    Plea Agreement as to Kentorice Williams (dp)
               [Entry date 06/16/00]

6/15/00  38    NOTICE of Hearing as to Kentorice Williams :  setting
               Sentencing for 9:30 8/17/00 for Kentorice Williams   before
               Judge Wilkie D. Ferguson Jr. (dp) [Entry date 06/16/00]

6/22/00  39    MOTION by Kentorice Williams to Modify Conditions of
               Release (dp) [Entry date 06/22/00]

Proceedings include all events.                                    LSS
0:00cr6010-ALL USA v. Hunter, et al                        CLOSED APPEAL

6/29/00  (40)     ORDER as to Kentorice Williams granting [39-1] motion to
                  Modify Conditions of Release as to Kentorice Williams (2) (
                  Signed by Judge Wilkie D. Ferguson Jr. on 6/28/00) CCAP
                  [EOD Date: 6/30/00] CCAP⚡ (dp) [Entry date 06/30/00]

6/30/00  (41)     MOTION by Vincent Hunter to Modify Bond Conditions of
                  Release by extending curfew (dp) [Entry date 07/03/00]

8/10/00  (42)     JOINT MOTION  by Kentorice Williams and USA to continue
                  sentencing, and to extend time to file objections to PSI (dp)
                  [Entry date 08/11/00]

8/18/00  (43)     Minutes of continuance of sentencing held on 8/17/00
                  before Judge Wilkie D. Ferguson Jr. as to Kentorice
                  Williams ; Court Reporter Name or Tape #: Paul Haferling (dp)
                  [Entry date 08/21/00]

8/18/00  (44)     Minutes of continuance of sentencing held on 8/17/00
                  before Judge Wilkie D. Ferguson Jr. as to Vincent Hunter ;
                  Court Reporter Name or Tape #: Paul Haferling (dp)
                  [Entry date 08/21/00]

9/22/00  (45)     OBJECTION by Kentorice Williams  to Presentence
                  Investigation Report (dp) [Entry date 09/25/00]

10/23/00 (46)     Minutes of initial appearance on bond violation held on
                  10/23/00 before Magistrate Barry S. Seltzer as to Vincent
                  Hunter ; Court Reporter Name or Tape #: 00-79/3487 (dp)
                  [Entry date 10/23/00]

10/24/00 (47)      BENCH WARRANT Returned Executed as to Vincent Hunter on
                  10/20/00 (dp) [Entry date 10/25/00]

12/6/00  (48)     AMENDED PETITION and ORDER for Action on Conditions of
                  Pretrial as to Vincent Hunter   ( Signed by Judge Wilkie D.
                  Ferguson Jr. on 11/14/00) CCAP [EOD Date: 12/7/00] (dp)
                  [Entry date 12/07/00]

12/6/00  (49)      ARREST WARRANT issued as to Vincent Hunter .     Warrant
                  issued by Judge Wilkie D. Ferguson Jr.  Bail fixed at No
                  Bail (dp) [Entry date 12/07/00]

12/7/00  (50)     ORDER as to Vincent Hunter, Kentorice Williams  setting
                  Sentencing for 9:30 12/21/00 for Vincent Hunter, for
                  Kentorice Williams   before Judge Wilkie D. Ferguson Jr. (
                  Signed by Judge Wilkie D. Ferguson Jr. on 12/6/00) CCAP
                  [EOD Date: 12/8/00] CCAP⚡ (dp) [Entry date 12/08/00]

12/11/00 (51)     OBJECTION by Vincent Hunter  to Presentence Investigation
                  Report (dp) [Entry date 12/12/00]

12/11/00 (52)     MOTION by Vincent Hunter to continue sentencing (dp)
                  [Entry date 12/12/00]

```
Proceedings include all events.                                    LSS
0:00cr6010-ALL USA v. Hunter, et al              vol. 1 Cont.  CLOSED APPEAL
```

| Date | # | Entry |
|---|---|---|
| 12/13/00 | 53 | Minutes of I/A on Violation held on 12/13/00 before Magistrate Judge Lurana S. Snow as to Vincent Hunter ; Bond revoked. Court Reporter Name or Tape #: 00-66/135 (dp) [Entry date 12/14/00] |
| 12/13/00 | 54 | REPORT Commencing Criminal Action as to Vincent Hunter DOB: 11/15/80  Prisoner # 55158-004 (dp) [Entry date 12/14/00] |
| 12/14/00 | 55 | ARREST WARRANT Returned Executed as to Vincent Hunter on 12/12/00 (dp) [Entry date 12/14/00] |
| 12/14/00 | 56 | MOTION by Kentorice Williams to Adopt Motion of Other Defendant [52-1] unopposed motion to continue sentencing (ss) [Entry date 12/15/00] |
| 1/3/01 | 57 | MOTION by Kentorice Williams to continue sentencing (dp) [Entry date 01/04/01] |
| 1/8/01 | 58 | ORDER as to Vincent Hunter, Kentorice Williams  setting Sentencing for 10:00 1/16/01 for Vincent Hunter, for Kentorice Williams   before Judge Wilkie D. Ferguson Jr. ( Signed by Judge Wilkie D. Ferguson Jr. on 1/8/01) CCAP [EOD Date: 1/9/01] CCAP (dp) [Entry date 01/09/01] |
| 1/16/01 | 59 | Minutes of sentencing held on 1/16/01  before Judge Wilkie D. Ferguson Jr. as to Kentorice Williams ;  Court Reporter Name or Tape #: Paul Haferling (dp) [Entry date 01/16/01] |
| 1/16/01 | 60 | Minutes of sentencing held on 1/16/01  before Judge Wilkie D. Ferguson Jr. as to Vincent Hunter ;  Court Reporter Name or Tape #: Paul Haferling (dp) [Entry date 01/16/01] |
| 1/16/01 | -- | Sentencing  held Vincent Hunter (1) count(s) 1 (dp) [Entry date 01/25/01] |
| 1/16/01 | -- | Sentencing held Kentorice Williams (2) count(s) 1 (ss) [Entry date 01/26/01] |
| 1/23/01 | 64 | AFFIDAVIT OF INDIGENCY AND MOTION by Kentorice Williams for appointment of counsel (gf) [Entry date 01/26/01] |
| 1/24/01 | 61 | JUDGMENT as to  Vincent Hunter (1) count(s) 2-3, 4 . Counts dismissed , Vincent Hunter (1) count(s) 1.  63 months imprisonment, 4 years supervised release and $100 special assessment  ( Signed by Judge Wilkie D. Ferguson Jr. on 1/22/01) CCAP [EOD Date: 1/25/01]  CCAP (dp) [Entry date 01/25/01] |
| 1/25/01 | 62 | JUDGMENT as to Kentorice Williams (2) count(s) 1. Imprisonment 60 months; Supervised Release 48 months; Assessment $100.00, count(s) 4. Dismissed (Signed by Judge Wilkie D. Ferguson Jr. on 1/23/01) CCAP [EOD Date: 1/26/01] CCAP (ss) [Entry date 01/26/01] |

```
Proceedings include all events.                                    LSS
0:00cr6010-ALL USA v. Hunter, et al                        CLOSED APPEAL
```

Vol.1 Cont.

| Date | # | Description |
|---|---|---|
| 1/25/01 | 63 | NOTICE OF APPEAL by Vincent Hunter re: [61-1] judgment order . EOD Date: 1/25/01; Vincent Hunter (1) count(s) 1; Filing Fee: $ NO FEE REQUIRED - CJA; Copies to USCA, AUSA, USM, USPO and Counsel of Record. (gf) [Entry date 01/26/01] |
| 1/26/01 | -- | Certified copies of Notice of Appeal, Docket and Order under appeal to USCA: as to Vincent Hunter [63-1] appeal (gf) [Entry date 01/26/01] |
| 1/26/01 | 65 | NOTICE OF APPEAL by Kentorice Williams re: [62-1] judgment order . EOD Date: 1/26/01; Kentorice Williams (2) count(s) 1; Filing Fee: $ NO FEE REQUIRED - CJA; Copies to USCA, AUSA, USM, USPO and Counsel of Record. (gf) [Entry date 01/26/01] |
| 1/26/01 | -- | Certified copies of Notice of Appeal, Docket and Order under appeal to USCA: as to Kentorice Williams [65-1] appeal (gf) [Entry date 01/26/01] |
| 2/2/01 | 66 | TRANSCRIPT INFORMATION FORM as to Vincent Hunter re: [63-1] appeal received. (Forwarded to Court Reporter Coordinator) (gf) [Entry date 02/05/01] |
| 2/2/01 | -- | NOTICE of Receipt of Transmittal Letter from USCA as to Kentorice Williams  Re: [65-1] appeal   USCA Number: 01-10496-I (dl) [Entry date 02/06/01] |
| 2/2/01 | -- | NOTICE of Receipt of Transmittal Letter from USCA as to Vincent Hunter  Re: [63-1] appeal   USCA Number: 01-10495-I (dl) [Entry date 02/06/01] |
| 2/12/01 | 67 | TRANSCRIPT INFORMATION FORM as to Kentorice Williams  re: [65-1] appeal received. (Forwarded to Court Reporter Coordinator) (gf) [Entry date 02/16/01] |
| 2/27/01 | 68 | Appeal Information Sheet as to Kentorice Williams  re: [65-1] appeal Transcript due 3/28/01 for Kentorice Williams (gf) [Entry date 03/02/01] |
| 2/27/01 | 69 | Appeal Information Sheet as to Vincent Hunter  re: [63-1] appeal Transcript due 3/28/01 for Vincent Hunter (gf) [Entry date 03/02/01] |
| 3/28/01 | 70 | TRANSCRIPT filed as to Vincent Hunter, Kentorice Williams of Plea Proceedings held 6/15/00 before Judge Wilkie D. Ferguson, Jr. Volume #: 1 Pages: 1-30 re: [65-1] appeal, [63-1] appeal . Appeal record due on 4/12/01 for Vincent Hunter, for Kentorice Williams (gf) [Entry date 03/28/01] |
| 3/29/01 | 71 | CJA 20 as to Kentorice Williams : Appointment of Attorney Christopher Grillo ( Signed by Magistrate Barry S. Seltzer on 3/28/01 nunc pro tunc 1/21/00) (dp) [Entry date 03/29/01] |

Vol.2

```
Proceedings include all events.                                    LSS
0:00cr6010-ALL USA v. Hunter, et al                        CLOSED APPEAL
```

| Date | Doc # | Entry |
|---|---|---|
| 4/2/01 | 72 | TRANSCRIPT filed as to Vincent Hunter, Kentorice Williams of Sentencing held 01/16/01 before Judge Wilkie D. Ferguson, Jr. Volume #: 1 Pages: 1-74 re: [65-1] appeal, [63-1] appeal . Appeal record due on 4/17/01 for Vincent Hunter, for Kentorice Williams (gf) [Entry date 04/04/01] vol.3 |
| 4/2/01 | 73 | Appeal Information Sheet as to Vincent Hunter re: [63-1] appeal Transcript filed on 4/2/01 for Vincent Hunter (gf) [Entry date 04/04/01] |
| 4/2/01 | 74 | Appeal Information Sheet as to Kentorice Williams re: [65-1] appeal Transcript filed on 4/2/01 for Kentorice Williams (gf) [Entry date 04/04/01] |
| 4/5/01 | 75 | CJA 24 as to Vincent Hunter Authorization to Pay Amount: $ 90.00 for Transcript Voucher # 2001860 ( Signed by Judge Wilkie D. Ferguson Jr. on 3/28/01) CCAP [EOD Date: 4/6/01] (dp) [Entry date 04/06/01] |
| 4/10/01 | 76 | MOTION by Kentorice Williams to extend time to surrender (dp) [Entry date 04/11/01] |
| 4/20/01 | 77 | Certificate of readiness transmitted to USCA as to Vincent Hunter, Kentorice Williams re: [65-1] appeal by Kentorice Williams, [63-1] appeal by Vincent Hunter USCA # 01-10496-I, 01-10495-I (dl) [Entry date 04/20/01] |

End. vol. 1