PROB 12B                                                    SD/FL PACTS No. 62524
(SD/FL 9/96)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-6010-CR-MIDDLEBROOKS

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
#### (Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Vincent Hunter

Name of Sentencing Judicial Officer: The Honorable Wilkie D. Ferguson Jr., United States District Court Judge, Fort Lauderdale, Florida

Date of Original Sentence: January 16, 2001

Original Offense:     Conspiracy to PWID Cocaine, 21 U.S.C. §846, a class B Felony.

Original Sentence:    Sixty-three (63) months custody of the Bureau of Prisons, followed by a term of four (4) years supervised release, a $100 special assessment, and the following special conditions: (1) the defendant shall participate in an approved treatment program for drug and/or alcohol abuse as directed by the United States Probation Officer. Participation may include inpatient/outpatient treatment, if deemed necessary. The defendant will contribute to the costs of services rendered (co-payment) in an amount determined by the probation office, based on ability to pay or availability of third party payment; (2) the defendant shall maintain full-time, legitimate employment and not be unemployed for a term of more than 30 days, unless excused by the U.S. Probation Officer. Further, the defendant shall provide documentation including, but not limited to pay stubs, contractual agreements, W-2 Wage and Earnings Statements, and other documents requested by the U.S. Probation Officer.

On July 26, 2006, Your Honor concurred with the action taken by the U.S. Probation Officer. The defendant was sanctioned to submit twice weekly drug tests for a period of sixty (60) days, and returned to treatment.

Type of Supervision: Supervised Release          Date Supervision Commenced: July 1, 2005

PROB 12B                                                                    SD/FL PACTS No. 62524
(SD/FL 9/96)

# PETITIONING THE COURT

[]    To extend the term of supervision for __ years, for a total term of __ years.
[X]    To modify the conditions of supervision as follows:

> **"The defendant shall participate in the Home Detention Electronic Monitoring Program for a period of 180 days. During this time the defendant shall remain at his place of residence except for employment and other activities approved in advance by the U.S. Probation Officer. The defendant shall maintain a telephone at his place of residence without "call forwarding", "call waiting", a modem, "caller ID", or "call back/call block" services for the above period. The defendant shall wear an electronic monitoring device and follow the electronic monitoring procedures specified by the U.S. Probation Officer. You shall pay for the electronic monitoring equipment at a rate of $3.49 per day or in accordance with your ability to pay as determined by the U.S. Probation Officer."**

# CAUSE

**Violation of Mandatory Condition,** by unlawfully possessing or using a controlled substance. On July 6, 11, and 13, 2006 the supervised releasee submitted urine specimens which tested positive for the presence of cocaine in our local laboratory; and subsequently confirmed positive by Scientific Testing Laboratories, Incorporated.

**Violation of Mandatory Condition,** by unlawfully possessing or using a controlled substance. On July 18, 20, 25 and 28, 2006 the supervised releasee submitted urine specimens which tested positive for the presence of cocaine in our local laboratory. The July 18 and 20, 2006, samples were confirmed positive by Scientific Testing Laboratories, Incorporated. However, confirmation is still pending on the two remaining samples. On July 28, 2006, the supervised releasee signed an Admission of Drug Use form.

On July 6, 2006, A petition of Report on Offender Under Supervision was submitted to Your Honor notifying the Court that the defendant tested positive for the use of cocaine on June 20, 22 and 23, 2006. The defendant signed an Admission of Drug Use Form, and he was sanctioned to submit twice weekly drug tests for a period of sixty (60) days to end on August 20, 2006. As such, it was recommended that the defendant return to treatment, and no further action be taken. Further, it was indicated that if the defendant continued to test positive for any illicit substance, the matter would be brought to Your Honor's attention for further action.

The defendant again tested positive for the use of cocaine on July 6, 11, and 13, 2006. He was confronted on July 17, 2006, regarding his cocaine usage and denied same. He refused to sign an Admission of Drug Use Form, but signed a Probation Form 49, Waiver of Hearing Form agreeing to modify his supervised release to include fifty (50) hours of community service.

PROB 12B                                                    SD/FL PACTS No. 62524
(SD/FL 9/96)

However, before the Court could be notified of the above noted action, the defendant continued to test positive for the use of cocaine on July 18, 20, 25 and 28, 2006. The defendant was confronted on July 28, 2006, regarding the positive drug tests. He admitted to both the previous and present use of cocaine again attributing his usage to stress.

Please find the attached Probation Form 49, Waiver of Hearing Form, signed by the defendant agreeing to modify his supervised release to include participation in the Home Detention Electronic Monitoring Program for a period of 180 days. If Your Honor is in agreement with the modification please indicate below.

Respectfully submitted,

by

Yoland B. La France
U.S. Probation Officer
Phone: 954-769-5591
Date: August 3, 2006

THE COURT ORDERS:

[ ]    No Action
[ ]    The Extension of Supervision as Noted Above
[X]    The Modification of Conditions as Noted Above
[ ]    Submit a Request for _ Warrant or _ Summons

Signature of Judicial Officer

8/11/06
Date

PROB 49                                                                                              SD/FL PACTS 62524
(3/89)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision



   I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

   I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

   The defendant shall participate in the home detention electronic monitoring program for a period of 180 days . During this time the defendant shall remain at his place of residence except for employment and other activities approved by the United States Probation Officer . The defendant shall maintain a telephone at his place of residence without call forwarding and call waiting a modem or caller I.D . Or call back/call block services .for the above period . The defendant shall wear an electronic monitoring device and follow the electronic monitoring procedures specified by the United States Probation Officer . In addition the defendant shall pay for cost of electronic monitoring at a rate of $3.49 per day .

Witness _____                    Signed: _____ Probationer
          U.S. Probation Officer                          or Supervised Releasee
          JOHN MINNELLI                                   VINSON/VINCENT HUNTER

                                          7/28/06
                                           Date