PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 62524

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-6010-CR-MIDDLEBROOKS

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)



Name of Offender: Vincent Hunter

Name of Sentencing Judicial Officer: The Honorable Wilkie D. Ferguson, Jr., Judge, U.S. District Court, Fort Lauderdale, Florida

Name of Re-assigned Judicial Officer: The Honorable Donald M. Middlebrooks, Judge, U.S. District Court, West Palm Beach, Florida

Date of Original Sentence: January 16, 2001

Original Offense:   Count One: Conspiracy to PWID Cocaine, 21 U.SC. § 846, a Class B Felony

Original Sentence:   Sixty-three (63) months custody of the Bureau of Prisons, followed by four (4) years supervised release, with the following special conditions: participation in an approved treatment program for drug/and or alcohol abuse as directed by the U.S. Probation Officer; and maintain full-time legitimate employment. He was also ordered to pay a $100 special assessment fee.

08/11/2006: Supervision modified to include participation in the Home Detention Electronic Monitoring Program for a period of 180 days.

Type of Supervision: Supervised Release   Date Supervision Commenced: July 1, 2005

## PETITIONING THE COURT

[ ]   To extend the term of supervision for __ years, for a total term of __ years.  
[X]   To modify the conditions of supervision as follows:

1.   **The defendant shall reside at and participate in the Residential Re-Entry Center for a period not to exceed 180 days, or until otherwise released by the Court.**

2.   **The previous condition of Home Detention Electronic Monitoring is hereby suspended upon the defendant entering a Residential Re-Entry Center.**



PROB 12B  
SD/FL 9/96

SD/FL PACTS No. 62524

NAME OF OFFENDER: VINCENT HUNTER    CASE NO: 00-6010-CR-MIDDLEBROOKS

## CAUSE

1. **Violation of Mandatory Condition,** by unlawfully possessing or using a controlled substance. On August 15, 2006, the defendant submitted a urine specimen which tested positive for the presence of cocaine in our local laboratory and was subsequently confirmed positive by Scientific Testing Laboratories Incorporated.

   The defendant is presently attending both weekly individual, and weekly group sessions at Compass Health Systems Incorporated. The defendant has signed a Probation Form 49, agreeing to enter a Residential Re-Entry Center for a period of six months. He also has agreed in that the Electronic Monitoring condition will be suspended upon entering said Residential Re-Entry Center. After completion of the Residential Re-Entry Center he will complete the balance of his Home Detention Electronic Monitoring.

   If Your Honor is in agreement with the modification, please indicate below.

                                               Respectfully submitted,

                                    by

                                               John E. Minnelli
                                               U.S. Probation Officer
                                               Phone: 99540 769-5536
                                               Date: September 8, 2006

JEM/dej 

THE COURT ORDERS:

[ ]  No Action  
[ ]  The Extension of Supervision as Noted Above  
[X]  The Modification of Conditions as Noted Above  
[ ]  Submit a Request for _ Warrant or _ Summons

                                    Signature of Judicial Officer

                                    9/14/06
                                    Date

PROB 49 (3/89)

SD/FL PACTS #62524

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall reside in a Residential Re-Entry Center designated by the Bureau of Prisons for a period of 180 days or until other wised released at the direction of the United States Courts , and shall observed the rules of the facility .

The Previous condition of Home Detention Electronic Monitoring is hereby suspended upon the defendant entering a Residential Re-entry Center .

Witness: _____  
U.S. Probation Officer  
John E. Minnelli

Signed: _____ Probationer  
or Supervised Releasee  
VINCENT HUNTER

9/6/06  
Date